UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANTHONY ORTIZ,                                    :   **AMENDED**
                                                      **NOTICE OF MOTION**
                      Plaintiff,               :   **TO REMAND**

         -against-                            :   12 CV 5372 (JMF)

THE CITY OF NEW YORK;
THE NEW YORK CITY HOUSING AUTHORITY;  :
JAMES THEIS, a former detective employed
by the New York City Police Department,
JOHN DOE Nos. 1 through 5 (whose identities are    :
currently unknown but who are known to have been
detectives and supervisors with the New York City
Police Department), and MICHAEL CODELLA (aka :
"Rambo"), a former detective with the New York
City Housing Authority Police Department,
as individuals and in their official capacities,    :

                     Defendants.          :

------------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the annexed affirmation of JOEL B.

RUDIN, and accompanying exhibits, the Plaintiff will move this Court, 500 Pearl

Street, New York, New York 10007, on September 5, 2012, at 9:30 a.m., or as

soon thereafter as counsel may be heard, for an Order, pursuant to 28 U.S.C. §

1447 (c), remanding this case to the Supreme Court, Bronx County, due to

defendants' failure to obtain from all properly served defendants, consent to

remove this action, and for such further relief as this Court may deem just and proper.

Yours, etc.



JOEL B. RUDIN, ESQ.
200 West 57th Street, Suite 900
New York, New York 10019
(212) 752-7600 (tel.)
(212) 980-2968 (fax)
E-mail: jbrudin@aol.com

*Attorney for Plaintiff Anthony Ortiz*

Dated:  New York, New York
        August 13, 2012

TO:   Eric West
      Assistant Corporation Counsel
      New York City Department of Law
      100 Church Street
      New York, New York 10007
      (*Attorney for Defendant City of New York*)

      Ronald Berman, Esq.
      110 Wall Street
      20th Floor
      New York, New York 10005
      (*Attorney for Defendant Michael Codella*)

      James Theis
      ██████████████████████
      (*Defendant*)