```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTHONY ORTIZ,

                Plaintiff,                          12 Civ. 5372 (JMF)

    -v-                                                  ORDER

THE CITY OF NEW YORK, *et al.*,

                Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For the reasons stated on the record at the traverse hearing conducted yesterday, Plaintiff's Amended Motion to Remand (Docket No. 10) is GRANTED. All other pending motions are DENIED as moot.

      The Clerk of the Court is directed to remand the case to New York State Supreme Court, Bronx County, and to close the case.

      SO ORDERED.

Dated: December 12, 2012
       New York, New York

                                                    _____
                                                        JESSE M. FURMAN
                                                United States District Judge